IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 OCT 26 PM 2 11
STEPHAN HARRIS, CLERK
CHEYENNE

FREDDIE EUGENE MCCOY,

       Plaintiff

Case No# 15-CV-103-F

V.

STATE OF WYOMING, WYOMING DEPARTMENT
OF CORRECTIONS, WYOMING DEPARTMENT OF
A&I, ROBERT O. LAMPERT, BRENDA REEDY in
their individual and official capacities,

       Defendants

## REQUEST FOR ENTRY OF DEFAULT

**Now Comes** Plaintiff, Freddie Eugene McCoy, *Pro Se* and hereby requests the Clerk to enter a default against the defendants, State of Wyoming, Wyoming Department of Corrections, Wyoming Department of A&I, Robert O. Lampert, and Brenda Reedy, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedures.

Respectfully submitted,

*Freddie Eugene McCoy*
Freddie Eugene McCoy, *Pro Se*

October 16, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FREDDIE EUGENE MCCOY,         Case No# 15-CV-103-F

           Plaintiff

V.

STATE OF WYOMING, WYOMING DEPARTMENT
OF CORRECTIONS, WYOMING DEPARTMENT OF
A&I, ROBERT O. LAMPERT, BRENDA REEDY in
their individual and official capacities,

           Defendants

### AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, FREDDIE EUGENE MCCOY, declare under penalty of perjury that the following facts are true and correct to best of my information and belief:

1. I am the Plaintiff, representing himself in this action.

2. A complaint was filed herein on July 6, 2015 by this court and service of process was had on the defendant on September 8, September 10, and September 14, 2015.

1

3.  More than twenty one (21) days have elapsed since the defendants in this action served, and the defendants has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

_____
Freddie Eugene McCoy, *Pro Se*

Sworn to and subscribed before me this 16th days of October, 2015

_____
Notary Public

NICOLE L. CHALLENDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF SHIAWASSEE
MY COMMISSION EXPIRES Nov 9, 2019
ING IN COUNTY OF Genesee

2

## CERTIFICATE OF SERVICE

I Freddie Eugene McCoy hereby certify that I filed this request and affidavit to the Clerk of the Court and mail a copy as stated above to State of Wyoming/Office of Attorney General on October 16, 2015 at the post office in Flint, Michigan.

Respectfully submitted by,

*[signature]*

Freddie Eugene McCoy
*Pro Se*
6518 Daryll Dr.
Flint, MI 48505
(810) 785-1738

Dated: October 16, 2015





Mr Frederick
6518 Daryll
Flint, MI 485[..]

U.S STATE District Court of Wyoming
ATTN: Clerk of the Court
2120 Capitol Avenue, Room 2131
Cheyene, Wy 82001-3658