IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 OCT 11 PM 2:51

STEPHAN HARRIS, CLERK
CHEYENNE

FREDDIE EUGENE MCCOY,

    Plaintiff,

vs.

STATE OF WYOMING, et al.,

    Defendants.

Case No: 15-CV-103-F

**ORDER GRANTING PETITIONER'S MOTIONS TO APPEAL IN FORMA PAUPERIS**

This matter is before the Court on Plaintiff's motions to proceed on appeal in forma pauperis. Petitioner filed his affidavit asserting no savings and disability income of $1621.00, with monthly expenses of $2,232.00. The Court finds Plaintiff does not have the financial resources to pay his appeal filing fees.

IT IS ORDERED that Plaintiff's motion to proceed on appeal in forma pauperis is GRANTED.

Dated this \_11\_ day of October, 2016.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE